IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM MICHAEL WHITE, SR.,

          Plaintiff,

v.                                    CIVIL ACTION NO.  2:19-cv-00622

ANDREW SAUL,
Commissioner of Social Security,

          Defendant.

MEMORANDUM OPINION AND ORDER

      This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 14, 2020, Magistrate Judge Aboulhosn submitted the Proposed Findings of Fact and Recommendation("PF&R"), [ECF No. 19], recommending the court **DENY** the Claimant's request for reversal or remand, [ECF No. 14], **GRANT** the Defendant's request to affirm the decision, [ECF No. 15], **AFFIRM** the final decision of the Commissioner, and **DISMISS** this matter from this Court's docket. To date, no objections to Magistrate Judge Aboulhosn's PF&R have been filed, and the time period for the filing of objections has passed.

      Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DENIES** the Claimant's request for reversal or remand, [ECF No. 14], **GRANTS** the Defendant's request to affirm the decision, [ECF No. 15],

**AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from this Court's docket.

The court DIRECTS the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 16, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE